IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LINDA SLAYMAKER, JACKIE COMBS,
and KATHY HART,**

 **Plaintiffs,**

vs.

**CENTRAL ILLINOIS PUBLIC SERVICE
COMPANY, n/k/a AMEREN CIPS, an Illinois
Corporation, AMEREN ENERGY GENERATING
COMPANY, an Illinois Corporation, AMEREN
ENERGY RESOURCES, INC., an Illinois
Corporation, and AMEREN CORP., a Missouri
Corporation,**

 **Defendants.**           No. 04-CV-135-DRH

## ORDER

**HERNDON, District Judge:**

 Before the Court is the Parties' joint motion to stay pending completion of a tentative settlement. (Doc. 31.) The Court **GRANTS** the Parties' motion to stay (Doc. 31) and **STAYS** this case as the Parties complete settlement discussions. The Court **DIRECTS** the Parties to file a status report on their progress on or before August 12, 2005.

 **IT IS SO ORDERED.**

 Signed this 9th day of June, 2005.

             /s/ David RHerndon
             **United States District Judge**