### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

LINDA SLAYMAKER, JACKIE COMBS,
and KATHY HART,

      Plaintiffs,

vs.

CENTRAL ILLINOIS PUBLIC SERVICE
COMPANY, n/k/a AMERICAN CIPS, an Illinois
Corporation, AMERICAN ENERGY GENERATING
COMPANY, an Illinois Corporation, AMEREN
ENERGY RESOURCES, INC., an Illinois
Corporation, and AMEREN CORP., a Missouri
Corporation,

      Defendants.　　　　　　　　　　　　　　　　No. 04-CV-135-DRH

### ORDER

**Herndon, District Judge:**

Based upon the Stipulation of Dismissal entered into by Plaintiffs Linda Slaymaker, Jackie Combs, and Kathy Hart, and Defendants AmerenCIPS, designated in Plaintiffs' Complaint as Central Illinois Public Service Company, n/k/a Ameren CIPS, Ameren Energy Generating Company, Ameren Energy Resources Company, designated in Plaintiffs' Complaint as Ameren Energy Resources, Inc., and Ameren Corporation (Doc. 36) and upon **Rule 41(a)(1)(ii)** of the Federal Rules of Civil Procedure, the Court **DISMISSES with prejudice** Plaintiffs' claims against Defendants without cost to either party.  The Court **DIRECTS** the Clerk of the Court

to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 26th day of August, 2005.

/s/ David RHerndon
**United States District Judge**