IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LINDA SLAYMAKER, JACKIE**
**COMBS and KATHY HART,**

    **Plaintiffs,**

    vs.                      Cause No.  04-CV-135-DRH

**CENTRAL ILLINOIS PUBLIC SERVICE**
**COMPANY, n/k/a AMEREN CIPS, an Illinois**
**Corporation, AMEREN ENERGY GENERATING**
**COMPANY, an Illinois Corporation, AMEREN**
**ENERGY RESOURCES, INC., an Illinois**
**Corporation, AMEREN CORP., a Missouri**
**Corporation,**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with all parties to bear their own costs and attorneys' fees.-------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

August 29, 2005                  By:   s/Patricia Brown
                                               Deputy Clerk

APPROVED:/s/    David R Herndon        EOD:   08/29/2005
      **U.S. DISTRICT JUDGE**